

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-18-00689-CV |
| Style: | Krista and Justin Macumber and Market-Tiers Inc. d/b/a Blue Endo |
| | v. Trokamed GmbH |
| Date motion filed: | September 11, 2018 |
| Type of motion: | Frederick W. Reif's Motion for *Pro Hac Vice* Admission as Counsel for Appellee |
| | Trokamed GmbH and Michael Jacobellis' Motion in Support of Frederick W. Reif's Motion |
| | *Pro Hac Vice* Admission |
| Party filing motion: | Frederick W. Reif and Michael Jacobellis, counsel for appellee Trokamed GmbH |

Ordered that motion is:

☑ **Granted**

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Russell Lloyd
☑ Acting individually ☐ Acting for the Court

Date: September 18, 2018